# MEMORANDUM

*SEAL*

*COPY*

DATE: *July 27, 2005*

TO: Courtroom Clerk for Judge *Gertner*

and Magistrate Judge *Collings*

FROM: Sheila A Diskes

SUBJECT: Assignment of New Indictment/Information (Superseding _____ )[1]

---

Please be advised that the following indictment/information returned or filed on _____ _____ has been assigned/referred to you.

Criminal No. *05- 10191-NG* U.S.A. v. *John Vasquez*

✓ This INDICTMENT/INFORMATION is SEALED. The original file and copies will be maintained under seal until requested or retrieved.

_____ This INDICTMENT/INFORMATION is not sealed. The original file will be forwarded to _____ _____ upon completion of case opening. A copy of the indictment/information is attached for your information.

cc: AUSA _____

(newindic.mem - 08/96)

---

[1] **Note:**

1. **Please check defendant order if this case is superseding. The defendant order does not, and WILL NOT, be changed from that in the original case.**

2. **THERE IS NO AUTOMATIC REFERRAL TO A MAGISTRATE JUDGE REGARDING SUPERSEDING INDICTMENTS.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**



|  |  |
|---|---|
| UNITED STATES OF AMERICA | **05**CR **10191** NG |
|  | **CRIMINAL NO.** |
| v. |  |

**05**CR **10191** NG

**CRIMINAL NO.**

UNITED STATES OF AMERICA )
                 )
    v.              )
                 )

1)  JOHN PAUL VASQUEZ     )  VIOLATIONS:
     ESPARZA, a/k/a "Paul    )
     Esparza," and "Sweet   )  21 U.S.C. § 846 - Conspiracy
     Pea,"                )    to Distribute Marijuana
2)  RAFAEL MARTINEZ,     )
     a/k/a "Ralph LNU" and  )
     "Tony LNU,"          )  21 U.S.C. § 841(a)(1) -
3)  CHRISTOPHER HOLMES,   )    Possession of Marijuana with
     a/k/a "Christoper     )    Intent to Distribute
     Martinez" and "Red",  )
4)  STEVEN JONES, a/k/a    )  18 U.S.C. § 922(g)(1) -
     "Steve Young,"       )    Felon in Possession of
5)  JAMES MARTIN,        )    a Firearm
6)  MICHAEL McELROY,     )
7)  RICHARD CHARETTE,    )  21 U.S.C. § 853 - Criminal
     a/k/a "Red",        )    Forfeiture Allegation
8)  DONALD DUPRAS,      )
9)  GEORGE BONNEAU,     )
10) WILLIAM TURBAK and   )
11) ROBERT LEVESQUE,    )

**INDICTMENT**

**COUNT ONE:**     **(21 United States Code, Section 846 - Conspiracy**
                       **to Distribute Marijuana)**

The Grand Jury charges that:

Beginning at an unknown time, but at least by in or about

August 1999, and continuing until in or about January 2004, at

Everett, Chelsea, Fall River, Westport and elsewhere in the

District of Massachusetts, in the District of Rhode Island, in

the District of Arizona, in the Northern District of Illinois and

elsewhere,

```
1)  JOHN PAUL VASQUEZ ESPARZA,
        a/k/a "Paul Esparza," and "Sweet Pea,"
2)  RAFAEL MARTINEZ,
        a/k/a "Ralph LNU" and   "Tony LNU,"
3)  CHRISTOPHER HOLMES,
        a/k/a "Christopher Martinez" and "Red",
4)  STEVEN JONES, a/k/a "Steve Young,"
5)  JAMES MARTIN,
6)  MICHAEL McELROY,
7)  RICHARD CHARETTE, a/k/a "Red",
8)  DONALD DUPRAS,
9)  GEORGE BONNEAU,
10) WILLIAM TURBAK and
11) ROBERT LEVESQUE,
```

defendants herein, did knowingly and intentionally combine,

conspire, confederate and agree, with each other and with other

persons known and unknown to the Grand Jury, to possess with

intent to distribute and to distribute marijuana, a Schedule I

controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy described

herein involved at least one thousand kilograms of a mixture and

a substance containing a detectable amount of marijuana, a

Schedule I controlled substance.  Accordingly, Title 21, United

States Code, Section 841(b)(1)(A)(vii) applies to this case.

All in violation of Title 21, United States Code, Section

846.

COUNT TWO:    (21 United States Code, Section 841(a)(1) -
              Possession of Marijuana with Intent to Distribute)

The Grand Jury further charges that:

On or about January 23, 2004, at Chelsea, Fall River,

Swansea, and elsewhere in the District of Massachusetts,

    6)   MICHAEL McELROY,
    10)  WILLIAM TURBAK and
    11)  ROBERT LEVESQUE,

defendants herein, did possess with intent to distribute

marijuana, a Schedule I controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the offense described

herein involved at least one hundred kilograms or more of a

mixture and a substance containing a detectable amount of

marijuana, a Schedule I controlled substance.  Accordingly, Title

21, United States Code, Section 841(b)(1)(B)(vii) applies to this

case.

All in violation of Title 21, United States Code, Section

841(a)(1).

**COUNT THREE:**     **(18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm)**

The Grand Jury further charges that:

On or about January 23, 2004, at Fall River, in the District of Massachusetts,

### 6) MICHAEL McELROY,

defendant herein, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Raven Arms Model MP-25 .25 caliber automatic pistol, bearing serial number 1302878.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the offenses alleged in Counts One and Two of this Indictment,

> 1) **JOHN PAUL VASQUEZ ESPARZA,**
>    **a/k/a "Paul Esparza," and "Sweet Pea,"**
> 2) **RAFAEL MARTINEZ,**
>    **a/k/a "Ralph LNU" and   "Tony LNU,"**
> 3) **CHRISTOPHER HOLMES,**
>    **a/k/a "Christopher Martinez" and "Red",**
> 4) **STEVEN JONES, a/k/a "Steve Young,"**
> 5) **JAMES MARTIN,**
> 6) **MICHAEL McELROY,**
> 7) **RICHARD CHARETTE, a/k/a "Red",**
> 8) **DONALD DUPRAS,**
> 9) **GEORGE BONNEAU,**
> 10) **WILLIAM TURBAK and**
> 11) **ROBERT LEVESQUE,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses, and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, including without limitation the following:

> (a)  twelve million dollars ($12,000,000.00), representing the amount of proceeds obtained as a result of the offense charged in Count One, for which the defendants are jointly and severally liable;
>
> (b)  the real property and buildings located at 13237 W. Colter Street, Litchfield Park, Arizona, as more fully described in document number 20031510638 recorded in the Office of the County

Recorder of Maricopa County, Arizona;

(c)   the real property and buildings located at 7805 W. Catalina Drive, Phoenix, Arizona, also described as Lot 464, Laurelwood Unit Four, a subdivision, recorded in Book 194, Page 49, in the Office of the County Recorder of Maricopa County,  Arizona.

(d)   seventy-two thousand nine hundred and eighty dollars ($72,980.00) in United States currency seized on or about July 16, 2004 from a Federal Express package addressed to John Vasquez, pmb 141, 10720 W. Indian School Road, Phoenix, Arizona and bearing Federal Express tracking number 844 3917 6168;

(e)   thirty thousand four hundred and seventy dollars ($30,470.00) in United States currency seized on or about December 16, 2004 from a package deposited for shipping at a UPS Store located at 446 N. Wells, Chicago, Illinois; and

(f)   one 2002 BMW 530i Sedan, bearing Massachusetts registration number 1572 SM and VIN WBADT63402CH93781.

2.   If any of the properties described in paragraph 1,

above, as a result of any act or omission of the defendants --

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property

described in paragraph 1.

    All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: July 27, 2005

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

3:36 p.m.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 Category No.  II                Investigating Agency    DEA

**City**    Chelsea, Fall River, Acushnet          **Related Case Information:**

**County**    Suffolk and Bristol              Superseding Ind./ Inf. _____    Case No. _____
                                              Same Defendant _____    New Defendant  X
                                              Magistrate Judge Case Number _____
                                              Search Warrant Case Number _____
                                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    John Paul Vasquez Esparza _____    Juvenile:        ☐ Yes    X No

Alias Name        Sweet Pea _____

Address        13237 W. Colter Street, Litchfield Park, Arizona _____

Birthdate:  1969 ____ SS # 2770 _____ Sex: Male  Race: Hispanic _____ Nationalit  U.S. _____

**Defense Counsel if known:** _____        Address _____

Bar Number _____                                    _____

**U.S. Attorney Information:**

AUSA    Nancy Rue, William Connolly _____    Bar Number if applicable    _____

**Interpreter:**    X Yes    No        List language and/or dialect:        Spanish _____

**Matter to be SEALED:**    X Yes    No

    X  Warrant Requested        ☐  Regular Process        In Custody

**Location Status:**

Arrest Date _____

    Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**        ☐ Petty _____    ☐ Misdemeanor _____    X Felony  1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.**

Date:    July 27, 2005 _____    Signature of AUSA: _____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      John Paul Vasquez Esparza _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 U.S.C. § 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

**05** CR **1 0 1 9 1** NG

🖎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**   Chelsea, Everett, Fall River          **Related Case Information:**

**County**   Suffolk and Bristol          Superseding Ind./ Inf.  _____   Case No.  _____
Same Defendant  _____   New Defendant  _____
Magistrate Judge Case Number   04-0459
Search Warrant Case Number  _____
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   Michael R. McElroy                    Juvenile:        ☐  Yes     X  No

Alias Name  _____

Address          464 Division Street, Apt. 3R, Fall River, Massachusetts

Birthdate:  10/25/62    SS # ___-7635    Sex: Male    Race: Caucasian    Nationalit  U.S.

**Defense Counsel if known:**          Michael Bourbeau          Address  21 Union Street

Bar Number  _____                              Boston, MA 02108

**U.S. Attorney Information:**

AUSA   Nancy Rue, William Connolly          Bar Number if applicable  _____

**Interpreter:**          Yes     X  No          List language and/or dialect:  _____

**Matter to be SEALED:**          X  Yes          No

          Warrant Requested          ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date          January 23, 2004

X  Already in Federal Custody as of          January 23, 2004      in      Plymouth          .
☐  Already in State Custody at _____   ☐  Serving Sentence          ☐  Awaiting Trial
☐  On Pretrial Release:   Ordered by:  _____   on  _____

**Charging Document:**          Complaint          ☐  Information          X  Indictment

**Total # of Counts:**          ☐  Petty  ——          ☐  Misdemeanor  ——          X Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☐     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    July 27, 2005          Signature of AUSA:  _____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Michael R. McElroy _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 U.S.C. § 846 | conspiracy to distribute marijuana | 1 |
| Set 2   21 U.S.C. § 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3   18 U.S.C. § 922(g)(1) | felon in possession of a firearm | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

McElroy.wpd - 2/7/02



℠JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Category No. ___II___     Investigating Agency ___DEA___

**City** ___Chelsea, Fall River, Acushnet___     **Related Case Information:**

**County** ___Suffolk and Bristol___

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___Rafael Martinez___     Juvenile:   ☐ Yes   X No

Alias Name _____

Address _____

Birthdate: __1971__   SS # __9510__   Sex: __Male__  Race: __Hispanic__   Nationalit __U.S.__

**Defense Counsel if known:** _____   Address _____

Bar Number _____      _____

**U.S. Attorney Information:**

AUSA ___Nancy Rue, William Connolly___     Bar Number if applicable _____

**Interpreter:**   X  Yes   No     List language and/or dialect: ___Spanish___

**Matter to be SEALED:**   X  Yes   No

   X  Warrant Requested    ☐  Regular Process     In Custody

**Location Status:**

Arrest Date _____

   Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information     X Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  X Felony  1_____

Continue on Page 2 for Entry of U.S.C. Citations

☐   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: ___July 27, 2005___     Signature of AUSA: _____

**05** CR **10191** NG

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Rafael Martinez _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

**05**CR **1 0 1 9 1** NG

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II               **Investigating Agency** DEA

**City** Chelsea, Fall River, Acushnet        **Related Case Information:**

**County** Suffolk and Bristol

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name Christopher Holmes _____ Juvenile:        ☐ Yes    X No

Alias Name _____

Address _____

Birthdate: 1974     SS # 4745     Sex: Male   Race: Caucasian     Nationalit U.S.

**Defense Counsel if known:** _____        Address _____

Bar Number _____                    _____

**U.S. Attorney Information:**

AUSA Nancy Rue, William Connolly _____ Bar Number if applicable _____

**Interpreter:**        Yes    X No        List language and/or dialect: _____

**Matter to be SEALED:**    X Yes    No

   X Warrant Requested        ☐ Regular Process        In Custody

**Location Status:**

Arrest Date _____

   Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**        ☐ Petty ———        ☐ Misdemeanor ———    X Felony 1_____

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   July 27, 2005        Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   _Christopher Holmes_ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II_____    **Investigating Agency**  DEA_____

**City**    Chelsea, Fall River, Acushnet       **Related Case Information:**

**County**    Suffolk and Bristol_____    Superseding Ind./ Inf. _____    Case No. _____
                                                 Same Defendant _____    New Defendant  X _____
                                                 Magistrate Judge Case Number _____
                                                 Search Warrant Case Number _____
                                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Steven Jones_____    Juvenile:       ☐  Yes       X  No

Alias Name _____

Address _____

Birthdate:  1965\_\_\_\_\_    SS #  2233_____    Sex:  Male\_\_    Race:  Caucasian\_\_\_\_\_    Nationalit  U.S.\_\_\_\_\_

**Defense Counsel if known:**    _____    Address _____

Bar Number    _____    _____

**U.S. Attorney Information:**

AUSA    Nancy Rue, William Connolly_____    Bar Number if applicable    _____

**Interpreter:**       Yes      X  No         List language and/or dialect:    _____

**Matter to be SEALED:**       X  Yes      No

      X  Warrant Requested         ☐  Regular Process            In Custody

**Location Status:**

Arrest Date    _____

   Already in Federal Custody as of    _____    in    _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence       ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:    _____    on    _____

**Charging Document:**       Complaint       ☐ Information            X Indictment

**Total # of Counts:**        ☐ Petty _____    ☐ Misdemeanor _____    X Felony  1_____

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are**
     **accurately set forth above.**

Date:    July 27, 2005_____    Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**05**CR **1 0 1 9 1** NG

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Steven Jones _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

**05** CR **10191** NG

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** ___II___          **Investigating Agency** ___DEA___

**City** ___Chelsea, Fall River, Acushnet___          **Related Case Information:**

**County** ___Suffolk and Bristol___

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _X_
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___James Martin___          Juvenile:    ☐ Yes    X No

Alias Name _____

Address ___337 Wilson Road, Fall River, Massachusetts___

Birthdate: _1950_    SS # _9328_    Sex: _Male_    Race: _Caucasian_    Nationalit _U.S._

**Defense Counsel if known:** _____          Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA ___Nancy Rue, William Connolly___          Bar Number if applicable _____

**Interpreter:**          Yes    X No          List language and/or dialect: _____

**Matter to be SEALED:**          X Yes          No

          X  Warrant Requested          ☐ Regular Process          In Custody

**Location Status:**

Arrest Date _____

          Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty _____          ☐ Misdemeanor _____    X Felony _1_____

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: ___July 27, 2005___          Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      James Martin  _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**  _____

_____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)  **05** CR **10191** NG

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              Category No.   II              **Investigating Agency**    DEA

**City**    Chelsea, Fall River, Acushnet        **Related Case Information:**

**County**    Suffolk and Bristol                Superseding Ind./ Inf. _____    Case No. _____
                                                 Same Defendant _____ New Defendant  X
                                                 Magistrate Judge Case Number  _____
                                                 Search Warrant Case Number    _____
                                                 R 20/R 40 from District of     _____

**Defendant Information:**

Defendant Name    Richard Charette _____    Juvenile:    ☐ Yes    X  No

Alias Name    _____

Address    602 Rodney Street, Fall River, Massachusetts _____

Birthdate:  1960 _____ SS #  7063 _____ Sex:  Male   Race:  Caucasian _____ Nationalit  U.S.

**Defense Counsel if known:**    _____    Address _____

Bar Number    _____                       _____

**U.S. Attorney Information:**

AUSA    Nancy Rue, William Connolly _____    Bar Number if applicable    _____

**Interpreter:**        Yes    X  No        List language and/or dialect:    _____

**Matter to be SEALED:**    X  Yes    No

        X  Warrant Requested        ☐  Regular Process        In Custody

**Location Status:**

Arrest Date    _____

    Already in Federal Custody as of    _____ in    _____ .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:    _____ on    _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**        ☐ Petty ———    ☐ Misdemeanor ———    X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    July 27, 2005                Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Richard Charette _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

§JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.   II          **Investigating Agency**   DEA

**City**   Chelsea, Fall River, Acushnet      **Related Case Information:**

**County**   Suffolk and Bristol      Superseding Ind./ Inf.                    Case No.
                                      Same Defendant                    New Defendant  X
                                      Magistrate Judge Case Number
                                      Search Warrant Case Number
                                      R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Donald Dupras                    Juvenile:          ☐  Yes      X  No

Alias Name

Address      13 Ripley Street, Somerset, Massachusetts

Birthdate:  1955      SS #  4702      Sex:  Male   Race:  Caucasian      Nationalit  U.S.

**Defense Counsel if known:**                    Address

Bar Number

**U.S. Attorney Information:**

AUSA   Nancy Rue, William Connolly          Bar Number if applicable

**Interpreter:**          Yes      X  No      List language and/or dialect:

**Matter to be SEALED:**      X  Yes      No

   X  Warrant Requested      ☐  Regular Process          In Custody

**Location Status:**

Arrest Date

   Already in Federal Custody as of                    in

☐ Already in State Custody at _____   ☐ Serving Sentence      ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by:                    on

**Charging Document:**      Complaint      ☐ Information          X Indictment

**Total # of Counts:**      ☐ Petty ———   ☐ Misdemeanor ———   X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.**

Date:   July 27, 2005          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):    **05**CR **1 0 1 9 1** NG

**Name of Defendant**    Donald Dupras

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/05) **05 CR 10191 NG**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** _II_          **Investigating Agency** _DEA_

**City** _Chelsea, Fall River, Acushnet_          **Related Case Information:**

**County** _Suffolk and Bristol_          Superseding Ind./ Inf. _____ Case No. _____
                                          Same Defendant _____ New Defendant _X_
                                          Magistrate Judge Case Number _____
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _George Bonneau_          Juvenile:    ☐ Yes    X No

Alias Name _____

Address _52 Dr. Braley Road, Rochester, Massachusetts_

Birthdate: _1956_    SS # _-4660_    Sex: _Male_    Race: _Caucasian_    Nationalit _U.S._

**Defense Counsel if known:** _____    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA _Nancy Rue, William Connolly_          Bar Number if applicable _____

**Interpreter:**          Yes    X No          List language and/or dialect: _____

**Matter to be SEALED:**          X Yes          No

     X Warrant Requested          ☐ Regular Process          In Custody

**Location Status:**

Arrest Date _____

     Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty _____          ☐ Misdemeanor _____          X Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    _July 27, 2005_          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse    **05** CR **1 0 1 9 1** NG

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    George Bonneau _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City**   Chelsea, Fall River, Acushnet          **Related Case Information:**

**County**   Suffolk and Bristol          Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   04-0459
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   William Turbak          Juvenile:   ☐ Yes   X No

Alias Name _____

Address   42 Burt Street, Acushnet, Massachusetts _____

Birthdate: _____ SS # _____ Sex: Male  Race: Caucasian  Nationalit  U.S.

**Defense Counsel if known:**   Charles McGinty          Address  Federal Defender's Office

Bar Number _____          408 Atlantic Ave., Boston, MA 02110

**U.S. Attorney Information:**

AUSA   Nancy Rue, William Connolly          Bar Number if applicable _____

**Interpreter:**   Yes   X No          List language and/or dialect: _____

**Matter to be SEALED:**   X Yes   No

      X Warrant Requested          ☐ Regular Process          In Custody

**Location Status:**

Arrest Date          January 23, 2004

   Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   USMJ Robert B. Collings   on   January 29, 2004

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty ———          ☐ Misdemeanor ———   X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.**

Date:   July 27, 2005          Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    William Turbak _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 U.S.C. § 846 | conspiracy distribute marijuana | 1 |
| Set 2  21 U.S.C. § 841(a) | possession with intent to distribute marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Turbak.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)    **05** CR **1 0 1 9 1** NG

**Criminal Case Cover Sheet**    **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No. _II_    **Investigating Agency**    _DEA_

**City**    _Chelsea, Fall River, Acushnet_    **Related Case Information:**

**County**    _Suffolk and Bristol_

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _X_
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    _Robert Levesque_    Juvenile:    ☐ Yes    X No

Alias Name    _____

Address    _____

Birthdate: _1947_    SS # _8943_    Sex: _Male_    Race: _Caucasian_    Nationalit _U.S._

**Defense Counsel if known:**    _____    Address _____

Bar Number    _____

**U.S. Attorney Information:**

AUSA    _Nancy Rue, William Connolly_    Bar Number if applicable    _____

**Interpreter:**    Yes    X No    List language and/or dialect:    _____

**Matter to be SEALED:**    X Yes    No

    X Warrant Requested    ☐ Regular Process    In Custody

**Location Status:**

Arrest Date    _____

    Already in Federal Custody as of    _____ in    _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by:    _____ on    _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    **accurately set forth above.**

Date:    _July 27, 2005_    Signature of AUSA:    _____

**05** CR **1 0 1 9 1** NG

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Robert Levesque _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | conspiracy to distribute marijuana | 1 |
| Set 2   21 U.S.C. § 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____