UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



05 CR 10191 NG

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. |
| v. | ) | |
| | ) | |
| 1) JOHN PAUL VASQUEZ ESPARZA, a/k/a "Paul Esparza," and "Sweet Pea," | ) ) ) ) | VIOLATIONS: 21 U.S.C. § 846 - Conspiracy to Distribute Marijuana |
| 2) RAFAEL MARTINEZ, a/k/a "Ralph LNU" and "Tony LNU," | ) ) ) | 21 U.S.C. § 841(a)(1) - Possession of Marijuana with |
| 3) CHRISTOPHER HOLMES, a/k/a "Christoper Martinez" and "Red", | ) ) ) | Intent to Distribute |
| 4) STEVEN JONES, a/k/a "Steve Young," | ) ) | 18 U.S.C. § 922(g)(1) - Felon in Possession of |
| 5) JAMES MARTIN, | ) | a Firearm |
| 6) MICHAEL McELROY, | ) | |
| 7) RICHARD CHARETTE, a/k/a "Red", | ) ) | 21 U.S.C. § 853 - Criminal Forfeiture Allegation |
| 8) DONALD DUPRAS, | ) | |
| 9) GEORGE BONNEAU, | ) | |
| 10) WILLIAM TURBAK and | ) | |
| 11) ROBERT LEVESQUE, | ) | |

**GOVERNMENT'S MOTION TO SEAL INDICTMENT**

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendants are in custody in the above-captioned case and the Court has ordered the indictment unsealed.

Respectfully submitted,

By: _____
William H. Connolly
Assistant U.S. Attorney

DATE: July 27, 2005

7-27-05
allowed