UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,      )<br>                            )<br>v.                           )<br>                            )<br>JOHN PAUL VASQUEZ        )<br>ESPARZA, a/k/a "Paul     )<br>Esparza," and "Sweet     )<br>Pea," et al.,            )<br>        Defendants      )<br>                            )<br>                            )<br>                            )<br>                            ) | Criminal Case No. 05-10191-NG<br><br><u>Record Owner:</u><br>Paul V. Esparza<br><br><u>Property:</u><br>7805 W. Catalina Drive,<br>Phoenix, Arizona<br><br><u>Deed:</u><br>Maricopa County, Arizona<br>Document Number: 95-0138668 |

## *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused an Indictment to be filed charging the defendant, John Paul Vasquez Esparza (a/k/a "Paul Esparza," and "Sweet Pea"), and others, with violations of Title 21, United States Code, Sections 846 and 841, and Title 18, United States Code, Section 922. The Indictment includes a Criminal Forfeiture Allegation, pursuant to 21 U.S.C. §853, listing, *inter alia*, the real property located at 7805 W. Catalina Drive, Phoenix, Arizona.

The Forfeiture Allegation alleges that the real property located at 7805 W. Catalina Drive, Phoenix, Arizona, also described as Lot 464, Laurelwood Unit Four, a Subdivision, recorded in Book 194, Page 49, in the Office of the County Recorder of Maricopa

County, Arizona, ("7805 W. Catalina Drive"), represents property constituting, or derived from, any proceeds the defendants obtained directly or indirectly, as a result of violations of 21 U.S.C. §§846 and 841, and/or constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, and is therefore forfeitable to the United States pursuant to 21 U.S.C. §853.

For title to the property, <u>see</u> Warranty Deed reflecting the conveyance of the property on March 6th, 1995, by Warranty Deed of Marco Antonio Castaneda to Paul V. Esparza, a copy of which is attached.

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney

By: /s/ Jennifer H. Zacks
JENNIFER H. ZACKS
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date:   August 9, 2005

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss.

OATH

The undersigned, Jennifer H. Zacks, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the specified land and building as described above.

_____
JENNIFER H. ZACKS
Assistant U.S. Attorney

Dated:   August 9, 2005


Then personally appeared the above-named Jennifer H. Zacks, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 9th day of August, 2005.

_____
NOTARY PUBLIC
My Commission expires:

May 15, 2009

KAY-BETH WHITTEN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 15, 2009

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the buildings thereon.  Further, there is a clear danger that the defendant, if notified in advance of the endorsement of this memorandum, will convey, encumber, damage or destroy the property or the improvements thereon.

SO ORDERED AND ENDORSED:

_____
NANCY GERTNER
United States District Judge
Date:    SepT 1     , 2005

3

Unofficial Documents

Recorded at the Request of:
CHICAGO TITLE INSURANCE COMPANY

When Recorded, mail to:

PAUL V. ESPARZA
7805 W. CATALINA
PHOENIX, Arizona 85033

Order No: 9502135    14

# Warranty Deed

For the consideration of Ten Dollars, and other valuable consideration, I or we,

MARCO ANTONIO CASTANEDA, a single man

do hereby convey to

PAUL V. ESPARZA, a single man

the following real property located in Maricopa    County, Arizona:

LOT 464, LAURELWOOD UNIT FOUR, a subdivision recorded in Book 194, Page 49, records of Maricopa County, Arizona.

Subject to current taxes and other assessments, reservations in patents and all easements, rights-of-way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record, the Grantor warrants the title against all persons whomsoever.

Dated: March 6, 1995

_____
MARCO ANTONIO CASTANEDA

State of __ARIZONA__
County of __MARICOPA__ } ss.    Date of Acknowledgement 3/13/95

Acknowledgement of MARCO ANTONIO CASTANEDA

This instrument was acknowledged before me this date by the persons above-subscribed and if subscribed in a representative capacity, then for the principal named and in the capacity indicated.

OFFICIAL SEAL
Norma A. Gutierrez
Notary Public-Arizona
Maricopa County
My Commission Expires 12/5/97

Notary Public
My commission expires: 12/5/97

State of __ARIZONA__
County of __MARICOPA__ } ss.    Date of Acknowledgement_____

Acknowledgement of

This instrument was acknowledged before me this date by the persons above-subscribed and if subscribed in a representative capacity, then for the principal named and in the capacity indicated.

Notary Public
My commission expires:

NOTE: The parties are cautioned that by completing and executing this document, legal rights, duties and obligations are created. By signing, the parties acknowledge that they have been advised to seek and obtain independent legal counsel as to all matters contained in the within document prior to signing same and that said parties have obtained advice or choose to proceed without same.

WDEBD-4/28/92-NC