UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>JOHN PAUL VASQUEZ ESPARZA, a/k/a "Paul Esparza," and "Sweet Pea," et al.,<br>        Defendants. | Criminal Case No. 05-10191-NG<br><br><u>Record Owner</u>:<br>Paul Vasquez Esparza<br><br><u>Property</u>:<br>13237 W. Colter Street,<br>Litchfield Park, Arizona<br><br><u>Deed</u>:<br>Maricopa County, Arizona<br>Document No. 20031510638 |

### <u>LIS PENDENS</u>

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused an Indictment to be filed charging the defendant, John Paul Vasquez Esparza (a/k/a "Paul Esparza," and "Sweet Pea"), and others, with violations of Title 21, United States Code, Sections 846 and 841, and Title 18, United States Code, Section 922. The Indictment includes a Criminal Forfeiture Allegation, pursuant to 21 U.S.C. §853, listing, *inter alia*, the real property located at 13237 W. Colter Street, Litchfield Park, Arizona.

The Forfeiture Allegation alleges that the real property located at 13237 W. Colter Street, Litchfield Park, Arizona, more specifically described in document number 20031510638 recorded in the Office of the County Recorder of Maricopa County, Arizona

("13237 W. Colter Street"), represents property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of violations of 21 U.S.C. §§846 and 841, and/or property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, and is therefore forfeitable to the United States pursuant to 21 U.S.C. §853.

For title to the property, see Document Number 20031510638, recorded in the Office of the County Recorder of Maricopa County, Arizona, in the name of Paul Vasquez Esparza, reflecting the conveyance of the property on October 27th, 2003, by Special Warranty Deed of Hancock-MTH Communities, Inc., to Paul Vasquez Esparza.

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney

By: /s/ Jennifer H. Zacks

JENNIFER H. ZACKS
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date:   August 9, 2005

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss.

OATH

The undersigned, Jennifer H. Zacks, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the specified land and building as described above.

_____
JENNIFER H. ZACKS
Assistant U.S. Attorney

Dated:   August 9, 2005


Then personally appeared the above-named Jennifer H. Zacks, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 9th day of August, 2005.

_____
NOTARY PUBLIC
My Commission expires

May 15, 2009

KAY-BETH WHITTEN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 15, 2009

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the buildings thereon.  Further, there is a clear danger that the defendant, if notified in advance of the endorsement of this memorandum, will convey, encumber, damage or destroy the property or the improvements thereon.

SO ORDERED AND ENDORSED:

_____
NANCY GERTNER
United States District Judge
Date:   September 1, 2005

3