UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR 05-10191-NG |
| JOHN PAUL VASQUEZ, et al. | ) |
| | ) |
| Defendants | ) |

## GOVERNMENT'S MOTION FOR LIFT OF SEAL

The United States Attorney hereby respectfully moves the Court to lift the seal of the indictm[ent] in this matter. As grounds for this motion, the government notes that certain defendants in this case are n[ot] in custody, and therefore the seal should be lifted in order to inform those persons of the charges agai[nst] them.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nancy Rue
Assistant U.S. Attorney

ALLOWED,
SO ORDERED
[signature]