49766

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Robert Levesque

**WARRANT FOR ARREST**

CASE NUMBER: 05CR 10191 NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Robert Levesque
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)
1) conspiracy to distribute marijuana
2) possession with intent to distribute marijuana

in violation of Title  21  United States Code, Section(s)  846 and 841(a)(1)

Sheila Diskes
Name of Issuing Officer

Operations Supervisor
Title of Issuing Officer

Sheila Diskes
Signature of Issuing Officer

7-28-05  Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

DEA 9/28/2005

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.