# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                CRIMINAL NO. 2005-10191-NG-05
                                                     -07
                                                     -08
                                                     -09
                                                     -11

JAMES MARTIN,
RICHARD CHARETTE,
DONALD DUPRAS
GEORGE BONNEAU,
ROBERT LEVESQUE,
        Defendants.

# *REPORT AFTER*
# *INITIAL STATUS CONFERENCE*
# *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on October 27, 2005; counsel for each defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the

numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1) No.

(2) The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3) The Government will produce laboratory reports reflecting the results of tests performed on drugs seized from the defendants.

(4) The deadline for filing non-discovery type motions will be set at the Interim Status Conference on December 14th.

(5) *See* Order of Excludable Delay entered this date.

(6) It is unknown whether a trial will be necessary; a trial would last twelve trial days.

(7) An Interim Status Conference is set for *Wednesday, December 14, 2005 at 3:00 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

October 27, 2005.