UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) No. 05-10191-NG |
| | ) |
| JAMES MARTIN, et al., | ) |
| | ) |
| Defendants | ) |

## INITIAL STATUS CONFERENCE REPORT

The United States of America and the defendants, James Martin, George Bonneau, Donald Dupras, Richard Charette, Robert Levesque, hereby submit this Initial Status Conference Report pursuant to Local Rule 116.5(A)(1)-(7).

**LOCAL RULE 116.5(A)(1).**

The parties agree there is no reason to grant relief from the otherwise applicable timing requirements imposed by L.R. 116.3.

**LOCAL RULE 116.5(A)(2).**

If the parties are unable to reach a stipulation regarding the drugs seized in this case, the government plans to offer expert testimony regarding those drugs. If it should be necessary for the government to call one or more experts with respect to these matters, the defendant will be promptly notified when those prospective expert witnesses are identified. The government will provide discovery as required by Fed. R. Crim. P. 16(a)(1)(E) no later than 30 days before trial. The defendants

will provide reciprocal discovery of any defense experts no later than 15 days before trial.

**LOCAL RULE 116.5(A)(3).**

At this time, the government does not anticipate providing any additional discovery as a result of future receipt of information, documents, or reports of examinations or tests, with the exception of any outstanding laboratory reports reflecting the results of tests performed on items seized from the defendants. Those reports will be provided promptly upon receipt by the government.

**LOCAL RULE 116.5(A)(4).**

The parties agree that a motion date should be established.

**LOCAL RULE 116.5(A)(5).**

The parties agree that the following time periods are subject to excludable delay:

| | |
|---|---|
| 9/28/05: | Arraignment |
| 9/29/05 – 10/26/05: | Excludable pursuant to LR 112.2(A)(2) |
| 10/27/05 – next status conference | Excluded by agreement of the parties in the interests of justice |

**LOCAL RULE 116.5(A)(6).**

At this writing, defense counsel have just received discovery, and the parties cannot say yet whether a trial is anticipated.

LOCAL RULE 116.5(A)(7).

The parties request an interim status conference some 45 days from now, at the convenience of the Court, and ask that the time until that status conference be excluded in the interests of justice so as to allow defense counsel to review discovery and allow the parties to discuss the possibility of a resolution of the case short of trial.

|  |  |
|---|---|
| JAMES MARTIN | Respectfully submitted, |
| By: _____ <br> KENNETH MELLO, ESQ. | MICHAEL J. SULLIVAN <br> United States Attorney <br> By: _____ <br> NANCY RUE <br> WILLIAM CONNOLLY <br> Assistant U.S. Attorneys |
| GEORGE BONNEAU <br> By: _____ <br> STEPHEN J. WEYMOUTH, ESQ. | |
| RICHARD CHARETTE <br> By: _____ <br> GLEN P. RANDALL, ESQ. | |
| ROBERT LEVESQUE <br> By: _____ <br> MICHAEL C. ANDREWS, ESQ. | |
| DONALD DUPRAS <br> By: _____ <br> PAUL M. SAHADY, ESQ. | |

Dated: October 27, 2005