UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>ROBERT LEVESQUE ) | Cr. No. 05-10191-NG |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the defendant, and moves this Honorable Court to modify the conditions of the defendant's pretrial release. Specifically, the defendant seeks permission to travel to Providence, Rhode Island, on Thursday, November 17, 2005, in order to attend a disability hearing, returning that same day after the hearing.

For the foregoing reasons, the defendant prays the Court allow this Motion.

Respectfully Submitted,
Robert Levesque
By his attorney

_/s/ Michael C. Andrews__
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470