# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                    CRIMINAL NO. 2005-10191-NG-01
                                                    -03
                                                    -04
                                                    05
                                                    -07
                                                    -08
                                                    -09
                                                    -11

[JOHN] PAUL VASQUEZ ESPARZA
CHRISTOPHER HOLMES,
STEVEN JONES,
JAMES MARTIN,
RICHARD CHARETTE,
DONALD DUPRAS
GEORGE BONNEAU,
ROBERT LEVESQUE,
        Defendants.

# *REPORT AFTER*
# *INTERIM STATUS CONFERENCE*
# *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Interim Status Conference was held on December 14, 2005; counsel for each defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1) The time within which the defendants are to make *specific* requests of the Government for discovery is ENLARGED to the close of business on December 30, 2005.

(2) The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3) None.

(4) All non-discovery type motions shall be filed and served *on or before the close of business on Wednesday, March 15, 2006;* the Government shall respond within the time provided by the Local Rules.

(5) *See* Further Order of Excludable Delay entered this date.

(6) It is unknown whether a trial will be necessary; a trial would last twelve trial days.

(7) The Final Status Conference is set for *Monday, March 20, 2006 at 2:15 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

December 19, 2005.