UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


_____
                                )
                                )
UNITED STATES                   )
                                )          Cr. No. 05-10191-NG
                                )
v.                              )
                                )
ROBERT LEVESQUE                 )
                                )
_____)


## MOTION TO MODIFY CONDITIONS OF RELEASE
### (Assented to)


      Now comes the defendant, Robert Levesque, and moves this Honorable Court to modify the conditions of the defendant's pretrial release. Specifically, the defendant seeks permission to spend Christmas day with at the home of Robert Martin, one of the co-defendants in this case. The Court ordered that the defendants not associate except when with counsel. Mr. Martin is Mr. Levesque's brother-in-law (he is Mrs. Levesque's brother), and the families have spent Christmas together for many years.

      Undersigned counsel has conferred with Pretrial Services and counsel for the government, and has been informed there is no objection to the allowance of this Motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.


Respectfully Submitted,
Robert Levesque
By his attorney

 /s/ Michael C. Andrews
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470