# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                  CRIMINAL NO. 2005-10191-NG-01
                                                                          -03
                                                                          -04
                                                                           05
                                                                          -07
                                                                          -08
                                                                          -09
                                                                          -11

[JOHN] PAUL VASQUEZ ESPARZA
CHRISTOPHER HOLMES,
STEVEN JONES,
JAMES MARTIN,
RICHARD CHARETTE,
DONALD DUPRAS
GEORGE BONNEAU,
ROBERT LEVESQUE,
       Defendants.

# ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

7/27/2005 - Indictment returned.

9/27/2005 -        Initial Appearance (Martin, Charette, Dupras, Bonneau, & Levesque)

9/28/2005 -        Arraignment (Martin, Charette, Dupras, Bonneau, & Levesque)

9/29 - 10/26/2005 -   Excluded as per L.R. 112.2(A)(2) (Martin, Charette, Dupras, Bonneau, & Levesque)

10/27/2005 -       Conference held (Martin, Charette, Dupras, Bonneau, & Levesque)

10/28/2005 - Initial Appearance/Arraignment (Holmes, Jones)

10/29 - 11/26/2005 -  Excluded as per L.R. 112.2(A)(2) (Holmes, Jones)

11/3/2005 - Initial Appearance (Esparza)

11/3 - 11/28/2005 -   Excluded in order for defendant Esparza to retain counsel. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

11/28/2005 - Arraignment (Esparza)

11/29 - 12/26/2005 -  Excluded as per L.R. 112.2(A)(2) (Esparza)

12/14/2005 - Conference held.

12/15/2005 - 3/15/2006 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of March 15, 2006, No (0) non-excludable days will have occurred leaving SEVENTY (70) days left to commence trial so as to be within

the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

December 19, 2005.