UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10191-NG |
| | ) | |
| JOHN PAUL VASQUEZ ESPARZA, | ) | |
|    a/k/a "Paul Esparza," | ) | VIOLATIONS: |
|    and "Sweet Pea," | ) | |
| RAFAEL MARTINEZ, | ) | 21 U.S.C. §846 - Conspiracy |
|    a/k/a "Ralph LNU" and | ) | to Distribute Marijuana |
|    "Tony LNU," | ) | Count One |
| CHRISTOPHER HOLMES, | ) | |
|    a/k/a "Christopher | ) | 21 U.S.C. §841(A)(1) - |
|    Martinez" and "Red," | ) | Possession of Marijuana with |
| STEVEN JONES, | ) | Intent to Distribute |
|    a/k/a "Steve Young," | ) | Count Two |
| JAMES MARTIN, | ) | |
| MICHAEL MCELROY | ) | 18 U.S.C. §922(g)(1) - |
| RICHARD CHARETTE, a/k/a "Red," | ) | Felon in Possession of a |
| DONALD DUPRAS, | ) | Firearm |
| GEORGE BONNEAU, | ) | Count Three |
| WILLIAM TURBAK, and | ) | |
| ROBERT LEVESQUE | ) | 21 U.S.C. §853 - Criminal |
| | ) | Forfeiture Allegation |
|                 Defendants. | ) | |
| | ) | |

**UNITED STATES' BILL OF PARTICULARS**
**FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On July 27, 2005, the Grand Jury filed a Three-count Indictment charging John Paul Vasquez-Esparza, and others, with Conspiracy to Possess With Intent to Distribute and Distribute Marijuana, in violation of 21 U.S.C. §846 (Count One); Distribution

1

and Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. §841(a)(1) (Count Two); and Possession of a Firearm, in violation of 18 U.S.C. §922(G)(1) (Count Three).  The Indictment also contained a Forfeiture Allegation pursuant to 21 U.S.C. §853. The Forfeiture Allegation of the Indictment sought forfeiture, pursuant to 21 U.S.C. §853 of any property constituting, or derived from, any proceeds obtained directly or indirectly from the offense charged in the Indictment and/or any property used and/or intended to be used to commit, or to facilitate the commission of, the offense charged in the Indictment, including but not limited to,

(a) twelve million dollars ($12,000,000,000.00), representing the amount of proceeds obtained as a result of the offense charged in Count One, for which the defendants are jointly and severally liable;

(b) the real property and buildings located at 13237 W. Colter Street, Litchfield Park, Arizona, as more fully described in document number 20031510638 recorded in the Office of the County Recorder of Maricopa County, Arizona;

(c) the real property and buildings located at 7805 W. Catalina Drive, Phoenix, Arizona, also described as Lot 464, Laurelwood Unit Four, a subdivision, recorded in Book 194, Page 49, in the Office of the County Recorder of Maricopa County, Arizona;

(d) seventy-two thousand, nine hundred and eighty dollars ($72,980.00) in United States currency seized on or about July 16, 2004 from a Federal Express package addressed to John Vasquez, pmb 141, 10720 W. Indian School Road, Phoenix, Arizona and bearing Federal Express tracking number 844 3917 6168;

    (e)    thirty thousand, four hundred and seventy dollars ($30,470.00) in United States currency seized on or about December 16, 2004 from a package deposited for shipping at a UPS Store located at 446 N. Wells, Chicago, Illinois; and

    (f)    one 2002 BMW 530i Sedan, bearing MA Massachusetts registration number 1572 SM and VIN WBADT63402CH93781.

The United States hereby gives notice that, in addition to the forfeiture allegation contained in the Indictment, the United States is seeking forfeiture of additional property, including, but not limited to, the following because they constitute property derived from proceeds obtained directly or indirectly from the offense charged in the Indictment and/or property used and/or intended to be used to commit, or to facilitate the commission of, the offense charged in the Indictment:

    (g)    $26,381 in U.S. Currency, seized from James Martin on September 27, 2005, at 337 Wilson Road, Fall River, Massachusetts.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    By:    */s/Jennifer H. Zacks*
           JENNIFER H. ZACKS
           Assistant U.S. Attorneys
           1 Courthouse Way, Suite 9200
           Boston, MA 02210

Dated: January 18, 2006    (617) 748-3100

CERTIFICATE OF SERVICE

    I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that the foregoing Bill of Particulars has been filed through the Electronic Court Filing system and has been sent by First Class Mail to all counsel of record.

        Martin G. Weinberg, Esquire
        Oteri, Weinberg & Lawson
        20 Park Plaza
        Boston, MA 02116

        Kenneth S. Mello, Esquire
        Law Office of Attorney Kenneth S. Mello
        223 Durfee Street
        Fall River, MA 02720

        Michael C. Andrews, Esquire
        Law Offices of Michael C. Andrews
        21 Custom House St.
        Suite 920
        Boston, MA 02110

        R. Bradford Bailey, Esquire
        Denner O'Malley LLP
        Four Longfellow Place
        Suite 3501
        Boston, MA 02114

        Michael C. Bourbeau, Esquire
        Bourbeau and Bonilla
        77 Central St.
        2nd Floor
        Boston, MA 02109

        Charles P. McGinty, Esquire
        Federal Defender's Office
        408 Atlantic Ave.
        Third Floor
        Boston, MA 02110

        Glen P Randall, Esquire
        Murphy and Randall, LLP
        Suite 100
        50 Burlington Mall Road
        Burlington, MA 01803

Paul M. Sahady, Esquire
Sahady & Associates, P.C.
399 North Main Street
Fall River, MA 02720

                                               /s/ Jennifer H. Zacks
                                               Jennifer H. Zacks
                                               Assistant U.S. Attorney

Dated: January 18, 2006