UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10191-NG |
| | ) | |
| JOHN PAUL VASQUEZ ESPARZA, | ) | |
|    a/k/a "Paul Esparza," | ) | VIOLATIONS: |
|    and "Sweet Pea," | ) | |
| RAFAEL MARTINEZ, | ) | 21 U.S.C. §846 - Conspiracy |
|    a/k/a "Ralph LNU" and | ) | to Distribute Marijuana |
|    "Tony LNU," | ) | Count One |
| CHRISTOPHER HOLMES, | ) | |
|    a/k/a "Christopher | ) | 21 U.S.C. §841(A)(1) - |
|    Martinez" and "Red," | ) | Possession of Marijuana with |
| STEVEN JONES, | ) | Intent to Distribute |
|    a/k/a "Steve Young," | ) | Count Two |
| JAMES MARTIN, | ) | |
| MICHAEL MCELROY | ) | 18 U.S.C. §922(g)(1) - |
| RICHARD CHARETTE, a/k/a "Red," | ) | Felon in Possession of a |
| DONALD DUPRAS, | ) | Firearm |
| GEORGE BONNEAU, | ) | Count Three |
| WILLIAM TURBAK, and | ) | |
| ROBERT LEVESQUE | ) | 21 U.S.C. §853 - Criminal |
| | ) | Forfeiture Allegation |
|                Defendants. | ) | |

**UNITED STATES' AMENDED BILL OF PARTICULARS**
**<u>FOR FORFEITURE OF ASSETS</u>**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On July 27, 2005, the Grand Jury filed a Three-count Indictment charging John Paul Vasquez-Esparza, and others, with Conspiracy to Possess With Intent to Distribute and Distribute Marijuana, in violation of 21 U.S.C. §846 (Count One); Distribution and Possession with Intent to Distribute Marijuana, in violation of

1

21 U.S.C. §841(a)(1) (Count Two); and Possession of a Firearm, in violation of 18 U.S.C. §922(G)(1) (Count Three). The Indictment also contained a Forfeiture Allegation pursuant to 21 U.S.C. §853. The Forfeiture Allegation of the Indictment sought forfeiture, pursuant to 21 U.S.C. §853 of any property constituting, or derived from, any proceeds obtained directly or indirectly from the offense charged in the Indictment and/or any property used and/or intended to be used to commit, or to facilitate the commission of, the offense charged in the Indictment, including but not limited to,

    (a) not less than twelve million dollars ($12,000,000.00), representing the amount of proceeds obtained as a result of the offense charged in Count One, for which the defendants are jointly and severally liable[1];

    (b) the real property and buildings located at 13237 W. Colter Street, Litchfield Park, Arizona, as more fully described in document number 20031510638 recorded in the Office of the County Recorder of Maricopa County, Arizona;

    (c) the real property and buildings located at 7805 W. Catalina Drive, Phoenix, Arizona, also described as Lot 464, Laurelwood Unit Four, a subdivision, recorded in Book 194, Page 49, in the Office of the County Recorder of Maricopa County, Arizona;

    (d) seventy-two thousand, nine hundred and eighty dollars ($72,980.00) in United States

---

[1] The amount of proceeds obtained as a result of the offense charged in Count One in the Forfeiture Allegation is not less than $12,000,000.00 (twelve million dollars), **not** $12,000,000,000.00, as erroneously indicated in the United States' Bill of Particulars filed January 18, 2006.

        currency seized on or about July 16, 2004 from a Federal Express package addressed to John Vasquez, pmb 141, 10720 W. Indian School Road, Phoenix, Arizona and bearing Federal Express tracking number 844 3917 6168;

(e)    thirty thousand, four hundred and seventy dollars ($30,470.00) in United States currency seized on or about December 16, 2004 from a package deposited for shipping at a UPS Store located at 446 N. Wells, Chicago, Illinois; and

(f)    one 2002 BMW 530i Sedan, bearing MA Massachusetts registration number 1572 SM and VIN WBADT63402CH93781.

The United States hereby gives notice that, in addition to the forfeiture allegation contained in the Indictment, the United States is seeking forfeiture of additional property, including, but not limited to, the following because they constitute property derived from proceeds obtained directly or indirectly from the offense charged in the Indictment and/or property used and/or intended to be used to commit, or to facilitate the commission of, the offense charged in the Indictment:

    g.    $26,381 in U.S. Currency, seized from James Martin on September 27, 2005, at 337 Wilson Road, Fall River, Massachusetts.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

        By:   /s/Jennifer H. Zacks
             JENNIFER H. ZACKS
             Assistant U.S. Attorney
             1 Courthouse Way, Suite 9200
             Boston, MA 02210

Dated: January 19, 2006                    (617) 748-3100


## CERTIFICATE OF SERVICE

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that the foregoing Amended Bill of Particulars has been filed through the Electronic Court Filing system and has been sent by First Class Mail to all counsel of record.

       Martin G. Weinberg, Esquire
       Oteri, Weinberg & Lawson
       20 Park Plaza
       Boston, MA 02116

       Kenneth S. Mello, Esquire
       Law Office of Attorney Kenneth S. Mello
       223 Durfee Street
       Fall River, MA 02720

       Michael C. Andrews, Esquire
       Law Offices of Michael C. Andrews
       21 Custom House St.
       Suite 920
       Boston, MA 02110

       R. Bradford Bailey, Esquire
       Denner O'Malley LLP
       Four Longfellow Place
       Suite 3501
       Boston, MA 02114

       Michael C. Bourbeau, Esquire
       Bourbeau and Bonilla
       77 Central St.
       2nd Floor
       Boston, MA 02109

       Charles P. McGinty, Esquire
       Federal Defender's Office
       408 Atlantic Ave.
       Third Floor
       Boston, MA 02110

       Glen P Randall, Esquire
       Murphy and Randall, LLP
       Suite 100

      50 Burlington Mall Road  
      Burlington, MA 01803

Paul M. Sahady, Esquire  
Sahady & Associates, P.C.  
399 North Main Street  
Fall River, MA 02720

                                               /s/ Jennifer H. Zacks  
                                               Jennifer H. Zacks  
                                               Assistant U.S. Attorney

Dated: January 19, 2006