UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )
        V.                       )
                                 )    No.  05-10191-NG
                                 )
PAUL ESPARZA, et al.,            )
                                 )
            Defendants           )


## MOTION TO CONVERT FINAL STATUS CONFERENCE INTO INTERIM STATUS CONFERENCE

The United States of America, by and through Assistant United States Attorney William H. Connolly, moves this Court to convert the Final Status Conference, currently scheduled for March 20, 2006, into an Interim Status Conference. As grounds for this motion, the government states that it is still in the process of supplying the defendants with all of the requested discovery. Subsequent to the December 14, 2005 status conference, the government made its evidence available for review on two separate days in January. The discovery requested from those viewings has required the agents to copy over 5,000 pages of documents. To date, the government has provided approximately 4,000 pages of discovery from DEA (this includes some duplicate copies), and approximately 1,000 pages of IRS materials will be provided within the next week. For evidentiary reasons, these materials were copied by the agents themselves. Because of the volume of discovery materials and because the copying was done without the assistance of a copy center, the production of these

materials has taken longer than anticipated.

    Accordingly, the government also respectfully requests, based upon the delay in providing the defendants with all of the requested discovery, that the deadlines for the filing of non-discovery motions, originally set for March 15, 2006, be extended.

                                            Respectfully submitted,

                                      By: /s/ William H. Connolly
DATE: March 17, 2006             William H. Connolly
                                        Assistant U.S. Attorney