# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 2005-10191-NG-01
                                                           -03
                                                           -04
                                                            05
                                                           -07
                                                           -08
                                                           -09
                                                           -11

[JOHN] PAUL VASQUEZ ESPARZA
CHRISTOPHER HOLMES,
STEVEN JONES,
JAMES MARTIN,
RICHARD CHARETTE,
DONALD DUPRAS
GEORGE BONNEAU,
ROBERT LEVESQUE,
        Defendants.

# <u>ORDER</u>

COLLINGS, U.S.M.J.

     It is ORDERED that the time within which the defendants must file and serve all non-discovery type motions be, and the same hereby is, ENLARGED to

the close of business on **Monday, May 22, 2006**.  The Government shall file and serve its response/opposition to all motions within the time period set by the Local Rules.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 21, 2006.