# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

|  |  |
|---|---|
| v. | CRIMINAL NO. 2005-10191-NG-01 |
|  | -03 |
|  | -04 |
|  | 05 |
|  | -07 |
|  | -08 |
|  | -09 |
|  | -11 |

[JOHN] PAUL VASQUEZ ESPARZA
CHRISTOPHER HOLMES,
STEVEN JONES,
JAMES MARTIN,
RICHARD CHARETTE,
DONALD DUPRAS
GEORGE BONNEAU,
ROBERT LEVESQUE,
       Defendants.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

3/20/2006 - Conference held.

3/21/2006 - 5/22/2006 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of May 22, 2006, four (4) non-excludable days will have occurred leaving SIXTY-SIX (66) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 21, 2006.