# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 2005-10191-NG-01
                                                     -03
                                                   -04
                                                    05
                                                   -07
                                                   -08
                                                   -09
                                                   -11

[JOHN] PAUL VASQUEZ ESPARZA
CHRISTOPHER HOLMES,
STEVEN JONES,
JAMES MARTIN,
RICHARD CHARETTE,
DONALD DUPRAS
GEORGE BONNEAU,
ROBERT LEVESQUE,
        Defendants.

# AMENDED ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C))

COLLINGS, U.S.M.J.

    Counsel are directed to report for a Final Status Conference pursuant to Local Rule 116.5(C) on **WEDNESDAY, MAY 31, 2006 AT 4:15 P.M.** at

Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts before the undersigned. If counsel files, *on or before the close of business on FRIDAY, MAY 26, 2006,* a statement to the effect that his or her client will offer a change of plea to the charge(s) contained in the Indictment, the conference shall be canceled as to that defendant.

Pursuant to Local Rule 116.5(C), if counsel has not filed a statement on behalf of his client as per the preceding paragraph, counsel for the defendant(s) shall confer with the Assistant U.S. Attorney and, *no later than 12 Noon on TUESDAY, MAY 30, 2006,* file[1] a joint memorandum addressing all of the issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant to the progress of the case.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 21, 2006.

---

[1] Counsel shall, at the same time, deliver a copy of the Joint Memorandum to Noreen Russo, Esquire, Courtroom Deputy Clerk to my session.