UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) ) ) ) ) ) ) ) ) | Cr. No. 05-10191-NG |
| v. |  |  |
| ROBERT LEVESQUE |  |  |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant, and moves this Honorable Court to modify the conditions of the defendant's pretrial release.  Specifically, the defendant seeks permission to move to a new residence.  The defendant and his wife have rented an apartment located at 301 Miliken Blvd., Apt. 1504, Fall River, Massachusetts, and plan to move into the apartment on May 1, 2006.

Undersigned counsel has informed Pretrial Services of the intended move and has been told there is no objection to the allowance of this Motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

Respectfully Submitted,
Robert Levesque
By his attorney

 /s/ Michael C. Andrews
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470