UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>ROBERT LEVESQUE ) | Cr. No. 05-10191-NG |

**MOTION TO MODIFY CONDITIONS OF RELEASE (IV)**

Now comes the defendant, and moves this Honorable Court to modify the conditions of the defendant's pretrial release. Specifically, the defendant seeks permission to travel to Rhode Island. The defendant's wife has obtained employment in a nursing home Warren, Rhode Island, which is a few miles from the Massachusetts border. Mr. Levesque needs to drive his wife to work and to pick her up, as the couple only owns a single automobile.

Undersigned counsel has informed Pretrial Services of the proposed modification and has been told there is no objection to the allowance of this Motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

Respectfully Submitted,
Robert Levesque
By his attorney

 /s/ Michael C. Andrews
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470