```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Criminal No. |
| ) | 05-10191-NG |
| v. ) | |
| ) | |
| 1. John Paul Vasquez Esparza ) | |
| 3. Christopher Holmes ) | |
| 4. Steven Jones ) | |
| 5. James Martin ) | |
| 7. Richard Charette ) | |
| 8. Donald Dupras ) | |
| 9. George Bonneau ) | |
| 11.Robert Levesque ) | |
| Defendants. ) | |

### Final Status Report

The United States of America, by and through its attorneys, and the above listed defendants, by and through their counsel, hereby report as follows regarding the items in Local Rule 116.5(C):

1. The government believes that there are no outstanding discovery issues. The government has made arrangements to provide copies of all items requested by all counsel. One attorney did not actually view the discovery until May 12, 2006, and certain items requested of the agent at that time are still in duplication.

2. No additional discovery is expected, other than the provision of the copies referred to above. The government has at this time already supplied the vast majority of "21 day" discovery in addition to other

case materials. However, the government does anticipate that additional 21 day material may develop as the government prepares for trial. The government will of course continue to supplement in accordance with the Rules if supplementation is appropriate or necessary.

3. No defense of insanity or public authority is expected.

4. The government has requested notice of alibi, and none has been received.

5. Motions to suppress are pending from Defendant Vasquez Esparza. The government anticipates an additional motion from Defendant Levesque. The government will be requesting additional time, until June 30, 2006, to respond to the motions to suppress. Both defendants assent to the extension. The government has been advised that an additional motion to suppress may be forthcoming from Defendant Martin. The government is unaware of any evidence that Martin would have standing to suppress that could be subject to such motion.

6. Motions in limine, such as related to 404(b) matters are expected, but no additional matters need be scheduled at this time.

7. Some parties have raised resolution short of trial and discussions are ongoing.

8. As of today, four days of non-excludable time have

occurred, leaving sixty-six days for commencement of trial.  The Speedy Trial Clock is currently tolled by the pendency of the motion to suppress.

9. Trial is expected to require 6 calendar days to present the government's case.  With 8 defendants cross-examining, plus arguments, the parties estimate 11 days of trial.

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Nancy Rue
     WILLIAM CONNOLLY
     NANCY RUE
     Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

     /s/ Nancy Rue
     Nancy Rue
     Assistant United States Attorney

Date:    May 31, 2006