UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) ) ) ) ) ) ) ) ) ) ) |
| v. | |
| ROBERT LEVESQUE | |

Cr. No. 05-10191-NG

## DEFENDANT'S AFFIDAVIT IN SUPPORT OF HIS MOTION TO SUPPRESS

I, Robert Levesque, do hereby swear and affirm as follows:

1. My true name is Robert Levesque, and I am the defendant in the above-captioned Indictment.

2. In the afternoon of January 23, 2004 I was in my home at 205 Pinehurst Avenue, Swansea, Massachusetts.

3. Sometime after 3 pm, I heard banging and shouts of "Open up" coming from the front door and a side door.

4. I opened the front door and saw two men.  The one closest to me started came through the door and the second one was pointing a pistol at me.  The first man told me to turn around, which I did, and he asked me if there were weapons in the house.  He then asked me where the pot was that Mike had just dropped off.  He stated words to the effect that if I did not consent to a search

    they would get a warrant within an hour.  As a result, I showed him where a bag was in the closet, which he took and left the house with.  This all took place very quickly.

5. The same police officer then returned, and we sat at a table, and he asked me questions to which I responded.  At some point he had me sign a page in a notebook where he had been taking notes.  He then stated I would be summoned to the local state District Court and he left.  At no time were my rights read to me.

Signed under the pains and penalties of perjury this ___day of _____, 2006

                                              ___/s/Robert Levesque_____

                                              Robert Levesque

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) ) ) ) ) ) ) ) ) | Cr. No. 05-10191-NG |
| v. |
| ROBERT LEVESQUE |

## MOTION TO SUPPRESS

Now comes the defendant, Robert Levesque, by and through undersigned counsel and respectfully moves this Court to suppress all physical evidence seized from Mr. Levesque's home at 205 Pinehurst Avenue, Swansea, Massachusetts on January 23, 2004. Mr. Levesque further moves that any and all statements made by Mr. Levesque to law enforcement personnel on January 23, 2004, be suppressed.

In support of this Motion, Mr. Levesque states as follows:

1. On January 23, 2004 law enforcement personnel went to Mr. Levesque's home at 205 Pinehurst Avenue, Swansea, Massachusetts. They did not have a warrant to either search the premises or to arrest Mr. Levesque.

2. Law enforcement personnel knocked on the door of Mr. Levesque's residence. When Mr. Levesque answered the door, Mr. Levesque saw at least two law enforcement officers, one of whom was pointing a firearm directly at Mr. Levesque. After he opened

the door, law enforcement personnel entered his home.  Mr. Levesque was told, in essence, that if he did not consent to a search that a warrant would be obtained.

   3.  According to discovery received to date, the police recovered from Mr. Levesque's residence a shopping bag containing a quantity of marihuana.  Police also interrogated Mr. Levesque, without providing him with Miranda warnings, and elicited incriminating statements from him.

   4.  No valid consent to search the premises was obtained from Mr. Levesque.  No exigent circumstances existed which would excuse the police from obtaining a warrant to search the premises.  No probable cause existed that Mr. Levesque had committed a crime or that evidence of the commission of a crime was located in Mr. Levesque's home.

   5.  Mr. Levesque was the legal resident of 205 Pinehurst Avenue on January 23, 2004, and had a reasonable expectation of privacy in the premises.

### Request for Oral Argument

The defendant requests the Court hold an evidentiary hearing on the issues raised herein, and allow undersigned counsel to present oral argument in support of this Motion.

### Compliance with Local Rule 7.1(A)(2)

Undersigned counsel certifies that he has conferred with counsel for the government in a good faith effort to resolve the issues raised herein.

For the foregoing reasons, the defendant prays the Court allow this Motion.

        Respectfully Submitted,
        Robert Levesque
        By his attorney

        /s/ Michael C. Andrews
        Michael C. Andrews
        21 Custom House Street
        Boston, Massachusetts 02110
        (617) 951-0072
        BBO# 546470