# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

  v.        CRIMINAL NO. 2005-10191-NG-01
                       -03
                       -04
                       05
                       -07
                       -08
                       -09
                       -11

[JOHN] PAUL VASQUEZ ESPARZA
CHRISTOPHER HOLMES,
STEVEN JONES,
JAMES MARTIN,
RICHARD CHARETTE,
DONALD DUPRAS
GEORGE BONNEAU,
ROBERT LEVESQUE,
    Defendants.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

  The Court orders the following period of time excludable from the time period within which trial must commence:

5/31/2006 - Conference held.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 20, 2006.