# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2005-10191-NG-01
                                                       -03
                                                       -04
                                                       05
                                                       -07
                                                       -08
                                                       -09
                                                       -11

[JOHN] PAUL VASQUEZ ESPARZA
CHRISTOPHER HOLMES,
STEVEN JONES,
JAMES MARTIN,
RICHARD CHARETTE,
DONALD DUPRAS
GEORGE BONNEAU,
ROBERT LEVESQUE,
              Defendants.

# ORDER AFTER
# FINAL STATUS CONFERENCE
# PURSUANT TO LOCAL RULE 116.5(C)

COLLINGS, U.S.M.J.

A Final Status Conference was held on May 31, 2006.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1)  No.

(2)  No.

(3)  No.

(4)  The defendants have not responded to the government's request for notice of alibi.

(5)  Motions to suppress have been filed. *See* ## 126, 127, 130, 131. Counsel for defendant James Martin shall file and serve any motions to suppress *on or before the close of business on Tuesday, July 18, 2006;* the Government shall file responses/oppositions within the time specified in the Local Rules.

(6)  No.

(7)  It is unknown whether a trial will be necessary; a trial would take three (3) weeks.

(8)  *See* Further Order of Excludable Delay entered this date.

(9)  Three weeks.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1)  Yes.

(2)  Yes; no reason for the case to remain with the magistrate judge.

(3)   *See* ¶ (5), *supra.*

(4)   *See* ¶ (8), *supra.*

(5)   Three weeks.

(6)   No.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 to set a firm trial date *as soon as possible after August 1, 2006 when all of the motions to suppress will have been filed and fully briefed.*

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE GERTNER'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

JUNE 20, 2006.