UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | Cr. No. 05-10191-NG |
| v. ) | |
| ROBERT LEVESQUE ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**
**(Assented to)**

    Now comes the defendant, Robert Levesque, and moves this Honorable Court to modify the conditions of the defendant's pretrial release. Specifically, the defendant seeks permission to spend Thanksgiving at the home of Robert Martin, one of the co-defendants in this case. The Court ordered that the defendants not associate except when with counsel. Mr. Martin is Mr. Levesque's brother-in-law (he is Mrs. Levesque's brother), and the families have spent the holidays together for many years. Mr. Levesque has been on pretrial for over a year and has abided by all conditions of release.

    Undersigned counsel has conferred counsel for the government, and has been informed there is no objection to the allowance of this Motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

    Respectfully Submitted,
    Robert Levesque
    By his attorney

    /s/ Michael C. Andrews
    Michael C. Andrews
    21 Custom House Street
    Boston, Massachusetts 02110
    (617) 951-0072
    BBO# 546470