```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>        v.                                     )<br>)<br>)<br>**Paul Esparza,**                          )<br>**James Martin, and**                  )<br>**Robert Levesque**                    )<br>) | CRIMINAL NO. 05-10191-NG |

### ASSENTED-TO MOTION TO CONTINUE SUPPRESSION HEARING

The United States of America, by Assistant United States Attorney William H. Connolly, hereby requests a continuance of the suppression currently scheduled for December 21, 2006. As grounds, the government states that AUSA is scheduled to begin a trial on December 11, 2006, in the case United States v. Nutter, 05-10136-RGS, and will be unable to devote sufficient time to prepare for the suppression hearing. In addition, Attorney Martin Leppo, counsel for defendant James Martin, also is requesting a continuance as he will be out the state for the entire month of December. The undersigned has spoken to the attorneys for each of the three defendants; each attorney assents to this request. Martin Weinberg, counsel for Paul Esparza, will be unavailable until late January due to his trial schedule. Accordingly, the government requests a continuance until the beginning of February.

In addition, the government requests permission to respond in writing to the defendants' motion to suppress one month in advance of the hearing. The attorneys also assent to this request.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ WILLIAM H. CONNOLLY
Assistant U.S. Attorney


Date:    November 17, 2006