UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10191-NG |
| ) | |
| ) | |
| **Paul Esparza,** ) | |
| **James Martin, and** ) | |
| **Robert Levesque** ) | |
| ) | |

## ASSENTED-TO MOTION TO CONTINUE SUPPRESSION HEARING

The United States of America, by Assistant United States Attorney William H. Connolly, hereby requests a continuance of the suppression hearing, currently scheduled for February 12, 2007. As grounds, the government states that AUSA Connolly has a sentencing hearing scheduled for the same time in United States v. Cardona-Leon, docket # 05-10200-MLW. The parties have conferred and have agreed upon a new date, March 27, 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ WILLIAM H. CONNOLLY
Assistant U.S. Attorney


Date:      January 31, 2007