UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>ROBERT LEVESQUE ) | Cr. No. 05-10191-NG |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant, and moves this Honorable Court to modify the conditions of the defendant's pretrial release. Specifically, the defendant seeks permission to move to a different apartment within the same complex in which he currently resides. The defendant lives in Apartment 1504, 301 Miliken Blvd., Fall River, Massachusetts, and he seeks permission to move to Apartment 1111. Pretrial Services has been informed of the change in residence.

For the foregoing reasons, the defendant prays the Court allow this Motion.

Respectfully Submitted,
Robert Levesque
By his attorney

 /s/ Michael C. Andrews
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470