UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )
        v.                       )    CRIMINAL NO. 05-10191-NG
                                 )
                                 )
Paul Esparza,                    )
James Martin, and                )
Robert Levesque                  )
                                 )

### ASSENTED-TO MOTION TO CONTINUE SUPPRESSION HEARING

The United States of America hereby requests a continuance of the suppression hearing, currently scheduled for March 27, 2007. As grounds, the government states that the defendants are in the process of preparing a proposal for a universal plea agreement. The defendants expect to submit the proposal within one week. After the proposal is submitted, the government expects that the review process will take several weeks.  In the event the plea proposal is accepted, the motions to suppress will become moot and a hearing will be unnecessary.  Accordingly, the government, with the assent of the defendants, requests a continuance of the suppression hearing.  The government further requests that a new date be set at the status conference in April.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

/s/ WILLIAM H. CONNOLLY
Assistant U.S. Attorney

March 7, 2006

Case 1:05-cr-10191-NG   Document 174   Filed 03/07/2007   Page 2 of 2