UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) ) ) ) ) ) ) ) | Cr. No. 05-10191-NG |
| v. |  |  |
| ROBERT LEVESQUE |  |  |

## MOTION TO MODIFY CONDITIONS OF RELEASE
**(Assented To)**

Now comes the defendant, and moves this Honorable Court to modify the conditions of the defendant's pretrial release. Specifically, the defendant seeks permission to be driven to Boston by his co-defendant Richard Charrette for the purpose of attending the status conference scheduled for May 31, 2007. One of the conditions of Mr. Levesque's pretrial release is that he not associate with his co-defendants outside the presence of counsel. Undersigned counsel has been informed that counsel for the government assents to the allowance of this Motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

Respectfully Submitted,
Robert Levesque
By his attorney

_/s/ Michael C. Andrews__
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470