UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                )
                                )
UNITED STATES                   )
                                )        Cr. No. 05-10191-NG
                                )
v.                              )
                                )
ROBERT LEVESQUE                 )
                                )
_____)

**MOTION TO MODIFY CONDITIONS OF RELEASE**
**(Assented To)**

Now comes the defendant, and moves this Honorable Court to modify the

conditions of the defendant's pretrial release.  Specifically, the defendant seeks

permission to travel to Connecticut with his wife on Saturday, September 15, 2007

returning that same day.

    Undersigned counsel has been informed that counsel for the government assents

to the allowance of this Motion.

    For the foregoing reasons, the defendant prays the Court allow this Motion.

                        Respectfully Submitted,
                        Robert Levesque
                        By his attorney

                         /s/ Michael C. Andrews__
                        Michael C. Andrews
                        21 Custom House Street
                        Boston, Massachusetts 02110
                        (617) 951-0072
                        BBO# 546470