UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) ) | Cr. No. 05-10191-NG |
| v. | ) ) |  |
| ROBERT LEVESQUE | ) ) ) |  |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

    Now comes the defendant, Robert Levesque, and moves this Honorable Court to modify the conditions of the defendant's pretrial release. Specifically, the defendant seeks permission to spend Thanksgiving, Christmas Eve and Christmas Day 2007 at the home of Robert Martin, one of the co-defendants in this case. The Court ordered that the defendants not associate except when with counsel. Mr. Martin is Mr. Levesque's brother-in-law (he is Mrs. Levesque's brother), and the families have spent the holidays together for many years. Mr. Levesque has been on pretrial for two years and has abided by all conditions of release. An identical request was made last holiday season, the Court allowed the request, and no problems arose as a result.

For the foregoing reasons, the defendant prays the Court allow this Motion.

        Respectfully Submitted,
        Robert Levesque
        By his attorney

        /s/ Michael C. Andrews
        Michael C. Andrews
        21 Custom House Street
        Boston, Massachusetts 02110
        (617) 951-0072
        BBO# 546470