UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-10191-NG |
| PAUL ESPARZA, et. al. | ) ) ) | |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

    The government hereby requests a continuance of the status conference, currently scheduled for December 10, 2007. As grounds, the government states that the parties have been negotiating a universal plea agreement. The proposed universal plea agreement, which would resolve the case against all defendants in the case, is being considered by the U.S. Attorney's Office and a decision is expected in the next three to six weeks.

    Accordingly, the government, with the assent of all defendants, requests a continuance of the status conference to a date in late January (other than January 30 and 31).

    In addition, the parties agree to exclude, in the interests of justice, the time from December 10, 2007, to the date set for further status conference.

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                        By:  /s/ William H. Connolly
                            William H. Connolly
December 7, 2007          Assistant U.S. Attorney