UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10191-NG |
| | ) | |
| PAUL ESPARZA, et. al. | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

The government hereby requests a continuance of the status conference, currently scheduled for February 12, 2008. As grounds, the government states that the parties have been negotiating a universal plea agreement. The proposed universal plea agreement, which would resolve the case against all defendants in the case, is being considered by the U.S. Attorney's Office and a decision is expected in the next three weeks.

Accordingly, the government, with the assent of all defendants, requests a continuance of the status conference to a date on or after March 11, 2008.

In addition, the parties agree to exclude the time from February 12, 2008, to the date set for a further status conference, and ask that this Court find, based on the above, that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendants in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence

under 18 U.S.C. §3161.

                              MICHAEL J. SULLIVAN
                              United States Attorney


                      By:  <u>/s/ William H. Connolly</u>
                              William H. Connolly
                              Assistant U.S. Attorney

February 11, 2008