UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10191-NG |
| | ) | |
| PAUL ESPARZA, et. al. | ) | |
| | ) | |

<u>ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE</u>

The government hereby requests a continuance of the status conference, currently scheduled for April 23, 2008. As grounds, the government states that the Court previously granted a continuance to April 23, 2008. AUSA Connolly will be on vacation from April 10 to April 25, 2008, and will be unavailable on April 23. As stated in its previous motion to continue, the parties have been negotiating a universal plea agreement. The proposed universal plea agreement, which would resolve the case against all defendants in the case, is being considered by the U.S. Attorney's Office.

Accordingly, the government, with the assent of all defendants, requests a continuance of the status conference to a date on or after May 19, 2008.

In addition, the parties agree to exclude the time from April 23, 2008, to the date set for a further status conference, and ask that this Court find, based on the above, that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendants in a speedy

trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                         By:  /s/ William H. Connolly
                             William H. Connolly
                             Assistant U.S. Attorney

April 8, 2008