UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10191-NG |
| ) | |
| PAUL ESPARZA, et. al. ) | |
| ) | |

<u>MOTION TO SET STATUS CONFERENCE AND EXTEND TIME TO REPORT ON
STATUS OF PLEA PROPOSAL</u>

The Court previously imposed a deadline of June 23, 2008, by which the government was to report to the Court the status of a proposed universal plea agreement. The government hereby requests an extension of that deadline to August 29, 2008. As grounds, on June 10, 2008, Judge Gorton set a trial date of June 30, 2008, in the case <u>United States v. Toussaint</u>, 07-10046-NMG. On June 23, 2008, defense counsel advised the government of Toussaint's intention to plead guilty. On June 24, 2008, Toussaint entered a plea of guilty. Notwithstanding Toussaint's guilty plea, AUSA Connolly spent the time from June 10, 2008, to June 24, 2008, preparing for trial in the Toussaint case, and was unable to devote any time to resolving this case.

Accordingly, the government requests an extension of time to August 29, 2008, and further requests that the Court set a status conference date in October 2008.

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

July 17, 2008         By: <u>/s/ William H. Connolly</u>
                                      Assistant U.S. Attorney