UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) ) ) ) v. ) ) ROBERT LEVESQUE ) ) ) | Cr. No. 05-10191-NG |

## MOTION TO MODIFY CONDITIONS OF RELEASE
(ASSENTED TO)

Now comes the defendant, and moves this Honorable Court to modify the conditions of the defendant's pretrial release. Specifically, the defendant seeks that his travel restrictions be modified so as to allow him to travel within New England, specifically Connecticut, Rhode Island, Massachusetts, New Hampshire and Vermont. In support of this motion the defendant states that he has been on pretrial release for three years, and has consistently abided by all conditions of release. Mr. Levesque and his wife wish to travel occasionally within New England to visit with family or friends, or to take a short vacation. Undersigned counsel has conferred with counsel for the government and has been informed the government assents to this Motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

        Respectfully Submitted,
        Robert Levesque
        By his attorney

        _/s/ Michael C. Andrews__
        Michael C. Andrews
        21 Custom House Street
        Boston, Massachusetts 02110
        (617) 951-0072
        BBO# 546470